758

Argued and submitted March 18, affirmed November 6, 2002

RICHARD ROY GILLMORE,
*Appellant,*

*v.*

Mitch MORROW,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

00C-20059; A114041

56 P3d 965

George W. Kelly argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Deits, Chief Judge,* and Brewer, Judge.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).

* Deits, C. J., *vice* Byers, S. J.